IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01859-RBJ

COLORADO HOSPITALITY SERVICES, INC. d/b/a PEORIA HOSPITALITY, LLC, a Colorado company,

    Plaintiffs,

v.

OWNERS INSURANCE COMPANY, an Ohio company,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with United States District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict.  It is hereby

ORDERED that judgment is entered as to claim one, breach of contract, on behalf of the plaintiff, COLORADO HOSPITALITY SERVICES, INC. d/b/a PEORIA HOSPITALITY, LLC, and against the defendant, OWNERS INSURANCE COMPANY, in the amount of $42,094.17. It is

FURTHER ORDERED that judgment is entered as to claim two, unreasonable delay or denial of benefits pursuant to C.R.S. §§ 10-3-1115 and -1116, on behalf of the plaintiff, COLORADO HOSPITALITY SERVICES, INC. d/b/a PEORIA HOSPITALITY, LLC, and against the defendant, OWNERS INSURANCE COMPANY, of two times the

covered benefit, specifically in the amount of $84,188.34.  It is

FURTHER ORDERED that, because reasonable court costs are awarded to the plaintiff pursuant to C.R.S. § 10-3-1116, an award of costs to the plaintiff as the prevailing party pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 would be duplicative of the statutory award, and, therefore, are not separately awarded.

Dated at Denver, Colorado this 28th day of July, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes,
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge